**SIGNED.**

Dated: September 11, 2009



_____
**JAMES M. MARLAR
U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CARDSYSTEMS SOLUTIONS, INC.,<br><br><br><br><br><br>        Debtor. | Chapter 7<br><br>No. 4:06-bk-00515-JMM<br><br>**MEMORANDUM DECISION (Re:**<br><br>**Special Counsel's Third and Final Request**<br><br>**for Fees and Costs)** |

For several weeks, this court has been wrestling with a pleading, filed by the Trustee's Special Counsel entitled: "Third and Final Application for Compensation and Reimbursement of Expenses for Guttilla Murphy Anderson, PC, as Special Counsel for Trustee" (DN 766). Argument was held on the motion on June 22, 2009, after which the court took the matter under advisement.

The fee application relates to work for the Trustee on a separate adversary proceeding (No. 4:07-ap-00046-JMM), which was eventually decided against the Trustee by summary judgment. The Trustee then took an appeal of the court, and the appeal now rests at the Bankruptcy Appellate Panel.[1]

Of concern to the court, aside from the size of the requested award, is that one of the factors necessary to judge the reasonableness of the fee is to know the final outcome of the adversary proceeding. For example, if the judgment of this court is reversed, remanded and eventually tried to conclusion, it is possible that the Trustee might prevail. If so, that outcome

---

[1] Apparently, Special Counsel has been released from the case, and the appeal is being handled by the Trustee.

would bear favorably on the reasonableness issue. However, if the decision of this court is affirmed, then the reasonableness issue might take a different path.

But until that summary judgment decision is final (and exhausted through all appellate levels), then this court feels itself less than fully-equipped to decide the instant fee request now. In this court's view, due to the still-unsettled nature of the judgment on appeal, it is premature to focus on the finality of fees to be awarded. Prior fee awards to the Special Counsel in the total sum of $369,479 were granted on July 23 and November 18, 2008 (DN 647 and DN 707). Similarly, total costs of $32,135.82 were also awarded. For now, that is all the court feels comfortable in awarding. Until the outcome of the adversary case becomes final, the attorneys will unfortunately have to wait.

Therefore, an order will be entered denying the third and final application, without prejudice to its re-urging once the appellate status becomes final.

DATED AND SIGNED ABOVE.

COPIES served as indicated below
on the date signed above:

Susan G Boswell
Quarles & Brady
One South Church Ave., Suite 1700
Tucson, AZ 85701-1621              Email: sboswell@quarles.com

Timothy T. Brock and Daniel G Gurfein
Satterlee Stephens Burke & Burke
230 Park Avenue                    Email: dgurfein@ssbb.com
New York, NY 10169                 Email: tbrock@ssbb.com

Ryan W. Anderson and Stephen J. Womack
Guttilla Murphy Anderson
4150 W. Northern Ave.              Email: swomack@gamlaw.com
Phoenix, AZ 85051                  Email: randerson@gamlaw.com

Dina L. Anderson and Trudy A. Nowak
Anderson & Nowak
2211 E. Highland Ave., Suite 211   Email: dla@anlawfirm.com
Phoenix, AZ 85016                  Email: tan@anlawfirm.com

Lowell E. Rothschild, Michael McGrath,
Scott Gan, and Fred Peterson
Mesch, Clark & Rothschild
259 N. Meyer Ave.
Tucson, AZ 85701                   Email: ecfbk@mcrazlaw.com

Beth E. Lang, Trustee
1955 W. Grant Rd., Suite 125
Tucson, AZ 85745                   Email: bethelang@earthlink.net

Larry Lee Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706             Email: larry.watson@usdoj.gov

By _____/s/ M. B. Thompson_____
    Judicial Assistant